ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CASE NO: | |
| § | | |
| ELIZABETH R. TUBMAN, AKA § | **401-CV-0702-E** | |
| E.R. TUBMAN, AKA ELIZABETH § | | |
| TUBMAN, AKA § | | |
| ELIZABETH CHAMBERS § | | |
| Defendant. § | | |

## COMPLAINT

COMES NOW the Plaintiff United States of America by and through the United States Attorney for the Northern District of Texas and for its cause of action against the Defendant, **Elizabeth R. Tubman, aka E.R. Tubman, aka Elizabeth Tubman, aka Elizabeth Chambers**, alleges and states:

1. This Court has jurisdiction over the subject matter of this action by virtue of 28 U.S.C. § 1345 and 28 U.S.C. § 3001 *et seq.*

2. The Defendant's address, last known to Plaintiff, is: 1430 Woodfern Drive, Arlington, Tarrant County, Texas, 76018. Venue is in this District by reason of 28 U.S.C. § 1391.

3. The Defendant, **Elizabeth R. Tubman, aka E.R. Tubman, aka Elizabeth Tubman, aka Elizabeth Chambers**, is indebted to the Plaintiff United States of America. Said indebtedness arises from the Defendant's execution of the promissory note attached hereto and marked as **Exhibit "A"** and the Defendant's default on said promissory note. Plaintiff is the present holder and/or owner of said **Exhibit "A"**, and by reason of such default, the Defendant is indebted to Plaintiff in

the total amount of **$ 5,712.14.**  See attached Certificate of Indebtedness identified and attached hereto as **Exhibit "B"**.  As of the date of said Certificate of Indebtedness, the Plaintiff avers that the sum of $0.00 has been paid to the United States Department of Education on the indebtedness due on this note.

WHEREFORE, the Plaintiff prays:  That judgment be granted against the Defendant as set out in paragraph 3 above, plus pre-judgment interest thereafter at the rate set forth therein until date of judgment, and additional interest at the legal rate per annum and compounded annually from the date of judgment until paid; plus costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

Respectfully submitted,

RICHARD H. STEPHENS
UNITED STATES ATTORNEY

_____
R. Wayne Hughes, Jr.
Assistant United States Attorney
State Bar No: 10234000
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, TX  76102
Telephone:   (817) 252-5200
Fax:             (817) 978-6351